FILED
2005 Jan-19 AM 09:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

CURTIS LANGFORD,                         )
                                         )
          Plaintiff,                     )
                                         )
vs.                                      )          CV 03-J-2867-NE
                                         )
SHARON LOVELACE BLACKBURN                )
and ROBERT R. ARMSTRONG, JR.,            )
                                         )
          Defendants.                    )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 13, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b)(1).  The plaintiff filed objections to the report and recommendation on December 23, 2004 (doc. 19) and December 28, 2004 (doc. 20).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint

is due to be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final

Judgment will be entered.

       **DATED**, this 18th day of January, 2005.

                      INGE PRYTZ JOHNSON
                      U.S. DISTRICT JUDGE